UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN STARACE,<br><br>              Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK, *et al.*,<br><br>              Defendants. | No.: 1:18-cv-01602-AWI-EPG<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(ECF No. 5) |

The Court, having fully considered the Parties' Stipulation (ECF No. 5), and good cause appearing, HEREBY ORDERS THAT Defendant Fifth Third Bank's time to respond to the Complaint shall be extended as follows:

1. Defendant shall have an additional twenty-eight (28) days from December 21, 2018, up to and including January 18, 2019, to respond to the Complaint.

2. Alternatively, in the event Plaintiff files an Amended Complaint prior to the time that Defendant responds to the Complaint, Defendant shall have until the later of January 18, 2019, or the time provided by Federal Rule of Civil Procedure 15, to respond to the Amended Complaint.

IT IS SO ORDERED.

Dated: __**December 21, 2018**__          /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE