**APPENDIX A**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN STARACE, individually and on behalf ) of all others similarly situated, | No.: 1:18-cv-01602-AWI-EPG |
| ) | |
| Plaintiff, ) | **STIPULATION TO DISMISS COMPLAINT** |
| ) | |
| vs. ) | **FRCP 41(a)(1)(A)(ii)** |
| ) | |
| FIFTH THIRD BANK and DOES 1-10, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**Settlement Agreement**
*Starace v. Fifth Third Bank*
Eastern District of California, Case No. 1:18-cv-01602-AWI-EPG

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, Plaintiff Martin Starace ("Plaintiff"), for himself and not on behalf of the putative class, desires to dismiss with prejudice his Complaint in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

WHEREAS, Defendant Fifth Third Bank ("Defendant") has no objection to such a dismissal;

Accordingly, based on the foregoing, Plaintiff and Defendant hereby stipulate to, and jointly move the Court for, an order dismissing the Complaint in the above-captioned action as follow:

1. As to Plaintiff Martin Starace individually, with prejudice; and

2. As to the putative class, without prejudice;

3. The Parties further stipulate that each is to bear her or its own costs and fees.

**SO STIPULATED:**

DATED: March 4, 2019

REED SMITH LLP

By_____
Lilit Asadourian
Attorneys for Defendant
Fifth Third Bank

DATED: _____, 2019

The Law Offices of Todd M. Friedman, P.C.

By_____
Todd Friedman
Attorney for Plaintiff
Martin Starace

Filed electronically on this 5th Day of March, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the United States District Court

Eastern District of California

And all counsel of record

This 5th Day of March, 2019.

s/Todd M. Friedman

Todd M. Friedman