# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARTIN STARACE,

     Plaintiff,

     v.

FIFTH THIRD BANK,

     Defendant.

Case No.  1:18-cv-01602-AWI-EPG

ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF MARTIN STARACE, AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS

(ECF No. 9)

Plaintiff, Martin Starace, for himself and not on behalf of the putative class, and Defendant, Fifth Third Bank, have filed a stipulation to dismiss the action with prejudice as to Plaintiff Martin Starace, and without prejudice as to the putative class. (ECF No. 9.) In light of the stipulation, the case has ended and is dismissed with prejudice as to Martin Starace and without prejudice as to the putative class. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __March 5, 2019__                    ___/s/ Erica P. Grosjean___
                                                            UNITED STATES MAGISTRATE JUDGE